```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION
```

In re:                              ) CASE NO: 10-46624-399  Chapter 13
    ERCELL N WEBB III            )
                                    ) Trustee's Objection to Confirmation
                                    )
                                    ) Original confirmation hearing
                  Debtor(s)  ) set for Aug 19, 2010  9:00 AM

**TRUSTEE'S OBJECTION TO CONFIRMATION OF 2ND AMENDED PLAN**

    **COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

1. Debtor lacks sufficient income to fund the plan.
2. The set monthly payments to be made by the Trustee exceed the plan payment.

    **WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

|  |  |
|---|---|
| KLW-221 | /s/ John V. LaBarge, Jr.<br>--------------------------------<br>John V LaBarge Jr |
| Copy served on the following either through the Court's ECF system or by ordinary mail on December 3, 2010 : | Chapter 13 Trustee<br>P.O. Box 430908<br>St. Louis, MO 63143    (314) 781-8100<br>trust33@ch13stl.com   Fax:(314) 781-8881 |

HEAGLER LAW FIRM
6302 N ROSEBURY
STE 1W
CLAYTON MO  63105

ERCELL N WEBB III
115 CHURCHILL
MARYLAND HEIGHTS MO  63043