# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 10-46624-399 |
| ERCELL N WEBB III | ) | Chapter 13 |
| | ) | |
| | ) | Re: Objection to Claim 5 filed by |
| | ) |     GMAC MORTGAGE |
| | ) |     Acct: 3097 |
| | ) |     Amount: $34,502.54 |
| **Debtor** | ) |     Response Due: June 18, 2015 |
| | ) | |

## TRUSTEE'S OBJECTION TO CLAIM 5

COMES NOW John V. LaBarge, Jr., Standing Chapter 13 Trustee in Bankruptcy, and for his objection to claim states as follows:

The claim of GMAC MORTGAGE dated July 01, 2010, SHOULD BE DENIED AS FILED BECAUSE THE CREDITOR WILL NOT ACCEPT PAYMENT.

WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

## NOTICE OF FILING OF OBJECTION TO CLAIM

Please take notice that the Chapter 13 Trustee has filed an objection to your claim.  Any responsive pleading in opposition to the above objection must be filed in writing with the clerk of the U.S. Bankruptcy Court, 111 S 10TH ST 4TH FL, ST LOUIS, MO   63102, and with the Chapter 13 Trustee at the address indicated below, within 21 days of the date of this notice.  If no responsive pleading is filed, the objection may be sustained and the claim disallowed or modified without further notice to any party upon submission of an order from the Trustee.  If a response is filed, this matter will be set for hearing upon subsequent notice.

| | |
|---|---|
| Dated: May 28, 2015 | /s/ John V. LaBarge, Jr. |
| | John V. LaBarge, Jr. |
| OBJCLM--JS | Standing Chapter 13 Trustee |
| | P.O. Box 430908 |
| | St. Louis, MO  63143 |
| | (314) 781-8100  Fax: (314) 781-8881 |
| | trust33@ch13stl.com |

**10-46624 Trustee's Objection to Claim 5**     05/28/2015  Page 2

    The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of May 28, 2015.

                                                   /s/ John V. LaBarge, Jr.

| | |
|---|---|
| ERCELL N WEBB III<br>115 CHURCHILL<br>MARYLAND HEIGHTS, MO  63043 | GMAC MORTGAGE<br>3451 HAMMOND AVE<br>WATERLOO, IA  50702 |
| HEAGLER LAW FIRM<br>901 BOONES LICK RD<br>ST CHARLES, MO  63301 | |
| SOUTH & ASSOC PC<br>6363 COLLEGE BLVD<br>STE 100<br>OVERLAND PARK, KS  66211 | |